**Order entered July 20, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00588-CR

**ANGIE GLORIA VASQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-42502-V**

## ORDER

The Court **GRANTS** court reporter Peri Wood's July 16, 2015 request for an extension of time to file the reporter's record only to the extent that we **ORDER** Ms. Wood to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Peri Wood, official court reporter, 292nd Judicial District Court, and to counsel for all parties.


/s/     ADA BROWN
JUSTICE